*Alforde, Petitioner, v. Dep't of Licensing, Respondent,* No. 73730-4. Petition for review of a decision of the Court of Appeals, No. 20768-4-III, February 11, 2003, 115 Wn. App. 576. *Denied* September 30, 2003.

*Jackson Nat'l Life Ins. Co., Plaintiff, v. Winsor, Respondent, Alava, Petitioner,* No. 73761-4. Petition for review of a decision of the Court of Appeals, No. 20890-7-III, February 6, 2003, 115 Wn. App. 1025. *Denied* September 30, 2003.

*State, Respondent, v. Ulery, Petitioner,* No. 73762-2. Petition for review of a decision of the Court of Appeals, No. 25887-1-II, January 24, 2003, 115 Wn. App. 1015. *Denied* September 30, 2003.

*Durrah, et al., Petitioners, v. Wright, et al., Respondents,* No. 73764-9. Petition for review of a decision of the Court of Appeals, No. 28410-3-II, February 14, 2003, 115 Wn. App. 634. *Denied* September 30, 2003.

*Uromark Int'l, Inc., Respondent, v. R/W Constr. Mgmt. & Consulting Corp., Petitioner. R/W Constr. Mgmt. & Consulting Corp., Petitioner, v. Nenadic, et al., Respondents,* No. 73768-1. Petition for review of a decision of the Court of Appeals, No. 46698-4-I, February 18, 2003, 115 Wn. App. 1038. *Denied* September 30, 2003.

*Vance, Petitioner, v. Dep't of Licensing, Respondent,* No. 73769-0. Petition for review of a decision of the Court of Appeals, No. 49339-6-I, February 18, 2003, 116 Wn. App. 412. *Denied* September 30, 2003.

*State, Respondent, v. Blackbird, Petitioner,* No. 73771-1. Petition for review of a decision of the Court of Appeals, No. 20754-4-III, December 31, 2002, 114 Wn. App. 1076. *Denied* September 30, 2003.